**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| FREDERICK LUSTER, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>STERLING JEWELERS INC., sometimes d/b/a Kay Jeweler's, a Delaware Corporation,<br><br>       Defendant. | Civil Action File<br>No.: _____ |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Sterling Jewelers Inc. ("Defendant") files this Notice of Removal of the captioned case to the United States District Court for the Northern District of Georgia, Atlanta Division, from the State Court of DeKalb County, State of Georgia, where the case is now pending. In support of this Notice, Defendant respectfully shows the Court the following:

1.    This case was filed in the Superior Court of DeKalb County on July 8, 2015, and is pending as Civil Action File No. 15A56286-5 in that Court. Plaintiff Frederick Luster filed a putative class action against Defendant, alleging that Defendant violated the Telephone Consumer Protection Act ("TCPA") by

initiating non-emergency telephone calls using an automatic telephone dialing system to cellular telephone numbers without the prior express consent of the subscribers of those cellular telephone numbers.

2.     This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and is one which may be removed to the Northern District of Georgia pursuant to the provisions of 28 U.S.C. § 1441(a).

3.     District courts have original subject matter jurisdiction over all civil actions arising under the laws of the United States, 28 U.S.C. § 1331, including claims brought under the TCPA. *Mims v. Arrow Fin. Servs., Inc.*, 132 S. Ct. 740, 747 (2012) ("Congress did not deprive federal courts of federal-question jurisdiction over private TCPA suits."). As the Supreme Court held in *Mims*, "[b]ecause federal law creates the right of action and provides the rules of decision, [plaintiff's] TCPA claim, in 28 U.S.C. § 1331's words, plainly 'aris[es] under' the 'laws . . . of the United States.'" *Id.* at 749; *see also Speidel v. Am. Honda Fin. Corp.*, No. 2:14-CV-19-FTM-38CM, 2014 WL 820703, at *1 (M.D. Fla. Mar. 3, 2014).

4.     This Court is in the district and division embracing the place where the state court action is pending and is the appropriate court for removal pursuant to 28 U.S.C. § 1441(a).

5.	The Complaint was filed on July 8, 2013 (Exhibit A) and Service of Process was effectuated on July 14, 2013 (Exhibit B).  Copies of all process, pleadings, and orders served upon Defendant are attached to this Notice in accordance with 28 U.S.C. § 1446(a).

6.	This Notice of Removal is being filed within thirty days of receipt by Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief in accordance with 28 U.S.C. § 1446(b).

7.	Defendant will promptly serve Plaintiff with written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d).

8.	A copy of this Notice will promptly be filed with the Clerk of the Superior Court of DeKalb County as required by 28 U.S.C. § 1446(d).

9.	The undersigned counsel are authorized by Defendant to file this Notice of Removal, are licensed in the State of Georgia, and are members in good standing of the Bar of this Court.

10.	Accordingly, Defendant has satisfied the procedural requirements for removal pursuant to 28 U.S.C. § 1446.

11.	Defendant, by virtue of filing this Notice of Removal, does not waive any defenses or objections available to it under all applicable laws.

**WHEREFORE**, Defendant Sterling Jewelers Inc. respectfully requests that this case be removed from the State Court of DeKalb County, State of Georgia, to this Honorable Court.

This 12th day of August, 2015.

By: */s/ Nathan L. Garroway*
Nathan L. Garroway
Georgia Bar No. 142194
nathan.garroway@dentons.com
Petrina A. McDaniel
Georgia Bar No. 141301
petrina.mcdaniel@dentons.com
Mark A. Silver
Georgia Bar No. 811928
mark.silver@dentons.com

DENTONS US LLP
303 Peachtree Street, NE. Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198

*Attorneys for Defendant Sterling Jewelers Inc.*

## CERTIFICATE OF SERVICE

This is to certify that I have this 12th day of August, 2015, served the within and foregoing **Defendant's Notice of Removal** upon all parties to the above-captioned action by depositing a copy of the same in the United States Mail, with sufficient postage thereon, properly addressed to:

| | |
|---|---|
| Justin T. Holcombe | James M. Feagle |
| Kris Skaar | SKAAR & FEAGLE, LLP |
| SKAAR & FEAGLE, LLP | 2374 Main Street, Suite B |
| 133 Mirramont Lake Drive | Tucker, GA 30084 |
| Woodstock, GA 30189 | |

By: */s/ Nathan L. Garroway*
Nathan L. Garroway
Petrina A. McDaniel
Mark A. Silver