IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**FREDERICK LUSTER,**

                **Plaintiff,**

**v.**                                    1:15-cv-2854-WSD

**STERLING JEWLERS, INC.,**

                **Defendant.**

## OPINION AND ORDER

This matter is before the Court on the parties' Joint Detailed Discovery Plan [10] (the "Plan").

On October 9, 2015, the Court ordered the parties to submit, on or before October 28, 2015, a detailed discovery plan in the form prescribed in paragraph 14 of the Court's Standing Order Regarding Civil Litigation ("Standing Order 14").

Standing Order 14 states, in relevant part, that a detailed discovery plan is required to provide, at a minimum, the following information:

> the date on which written discovery will be served, the persons and entities to be deposed and the date on which each deposition is scheduled to be conducted (if the plan is required early in the case, the parties will be required to provide a beginning and end date for the period during which depositions will be conducted and to state the date on which specific depositions will be conducted, understanding that not all deponents will have been identified), the date on which experts will be designated and counter-designated and the dates on

which each expert will be deposed (if the plan is required early in the case, the parties will be required to provide a beginning and end for the period during which expert depositions will be conducted).

On October 28, 2015, the parties submitted their Plan. The Plan consists mostly of argumentation, unnecessary explanation, and other extraneous information. More importantly, the parties have failed to provide the required deposition dates for deponents they have identified.[1]

For the foregoing reasons,

**IT IS HEREBY ORDERED** that the parties are required to submit, on or before December 10, 2015, an Amended Joint Detailed Discovery Plan listing the information mandated by paragraph 14 of the Court's Standing Order Regarding Civil Litigation, and omitting any argumentation, unnecessary explanation or other extraneous information. The Amended Joint Detailed Discovery Plan is required to contain the dates of all depositions for deponents the parties have identified. The parties are required to submit a further Amended Joint Detailed Discovery Plan on or before March 15, 2016. In this Amended Plan, the parties shall identify

---

[1] The Court understands discovery is ongoing, and dates set months in advance may be subject to change.

all deponents, except experts, that will be deposed, and state the dates on which all remaining depositions will be conducted.

**SO ORDERED** this 2nd day of November, 2015.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE