# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FREDERICK LUSTER, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STERLING JEWELERS INC., sometimes d/b/a Kay Jewelers, a Delaware Corporation,<br><br>　　　　Defendant. | Civil Action File<br>No.: 1:15-cv-02854-WSD |

## PARTIES' JOINT NOTICE OF SETTLEMENT

Plaintiff Frederick Luster and Defendant Sterling Jewelers Inc. (collectively "the Parties") hereby notify the Court that the Parties have reached a settlement in this matter. The Parties are finalizing the Settlement Agreement and intend to promptly file a Stipulation of Dismissal of this Action with Prejudice.

Respectfully submitted this 28th day of June, 2016.

| | |
|---|---|
| */s/ Justin T. Holcombe* | */s/ Nathan L. Garroway* |

Justin T. Holcombe
Georgia Bar No. 552100
jholcombe@skaarandfeagle.com
Kris Skaar
Georgia Bar No. 649610
kskaar@skaarandfeagle.com
SKAAR AND FEAGLE, LLP
133 Mirramont Lake Drive
Woodstock, GA  30189
Telephone:  (770) 427-5600
Facsimile:   (404) 601-1855

James M. Feagle
Georgia Bar No. 256916
jfeagle@skaarandfeagle.com
Clifton Dorsen
Georgia Bar No. 149254
cdorsen@skaarandfeagle.com
SKAAR AND FEAGLE, LLP
2374 Main Street, Suite B
Tucker, GA  30084
Telephone:  (404) 373-1970
Facsimile:   (404) 601-1855

Alexander H. Burke
Illinois Bar No. 6281095
aburke@burkelawllc.com
BURKE LAW OFFICES, LLC
155 N. Michigan Avenue, Suite 9020
Chicago, IL  60601
Telephone:  (312) 729-5288
Facsimile:   (312) 729-5289

*Attorneys for Plaintiff*
*Frederick Luster*

Nathan L. Garroway
Georgia Bar No. 142194
nathan.garroway@dentons.com
Petrina A. McDaniel
Georgia Bar No. 141301
petrina.mcdaniel@dentons.com
Mark A. Silver
Georgia Bar No. 811928
mark.silver@dentons.com
DENTONS US LLP
303 Peachtree Street, NE. Suite 5300
Atlanta, GA  30308
Telephone:  (404) 527-4000
Facsimile:   (404) 527-4198

Dara Chevlin Tarkowski
*Admitted Pro Hac Vice*
dara.tarkowski@akerman.com
AKERMAN LLP
71 S. Wacker Drive
Chicago, IL  60606
Telephone:  (312) 634-5723
Facsimile:   (312) 424-1900

*Attorneys for Defendant*
*Sterling Jewelers Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Justin T. Holcombe | James M. Feagle |
| jholcombe@skaarandfeagle.com | jfeagle@skaarandfeagle.com |
| Kris Skaar | Clifton R. Dorsen |
| kskaar@skaarandfeagle.com | cdorsen@skaarandfeagle.com |
| SKAAR AND FEAGLE, LLP | SKAAR AND FEAGLE, LLP |

Alexander H. Burke
aburke@burkelawllc.com
BURKE LAW OFFICES, LLC

This 28th day of June, 2016.

By: */s/ Nathan L. Garroway*
　　　Nathan L. Garroway

ATLANTA 5710411.1